REBECCA B. MOCCIARO, SBN 89777
AURORA BASA, SBN 245161
FARMER & RIDLEY LLP
333 South Hope Street, Suite 3750
Los Angeles, California 90071-2924
Telephone: (213) 626-0291
Facsimile: (213) 244-7474
E-Mail: rmocciaro@f-rlaw.com
abasa@f-rlaw.com

ATTORNEYS FOR DEFENDANT
WEDEL EXPORT ASSOCIATES, INC.

DANE H. BUTSWINKAS
SARAH E. CITRIN, SBN 241505
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

ATTORNEYS FOR PLAINTIFFS
MARS, INC. AND MARS SNACKFOOD US, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARS, INC. AND MARS SNACKFOOD US, LLC d/b/a MASTERFOODS,<br><br>Plaintiffs,<br><br>vs.<br><br>WEDEL EXPORT ASSOCIATES, INC.,<br><br>Defendant. | CASE NO. 1:08-cv-000701 AWI TAG<br><br>STIPULATION AND ORDER TO CONTINUE RESPONSE DATE TO COMPLAINT TO AUGUST 1, 2008 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs MARS, INC. AND MARS SNACKFOOD US, LLC d/b/a MASTERFOODS on the one hand, and Defendant WEDEL EXPORT ASSOCIATES, INC. on the other hand, as follows:

## RECITALS

1. Plaintiffs have filed and served a Complaint, filed with this Court on May 20, 2008.

2. The Complaint was served on Defendant on June 10, 2008.

3. Defendant's Response to the Complaint was due on June 30, 2008.

4. Due to the press of business for Defendant's attorney, Rebecca Mocciaro, her vacation from July 2, 2008, to July 23, 2008, and Defendant's need to retain local counsel admitted before this Court, or to allow Ms. Mocciaro to be admitted to practice in this District (Ms. Mocciaro is admitted in the Central, Northern and Southern Districts of California), the parties have agreed and stipulated that Defendant shall have until August 1, 2008, to file its response to Plaintiffs' Complaint.

THE PARTIES SO STIPULATE AND REQUEST ENTRY OF AN ORDER AFFIRMING SAID STIPULATION.

RESPECTFULLY SUBMITTED,

July 1, 2008         FARMER & RIDLEY LLP

By: /s/ Rebecca Mocciaro
    Rebecca Mocciaro
    Attorneys for Defendant
    Wedel Export Associates, Inc.

July 1, 2008         WILLIAMS & CONNOLLY LLP

By: /s/ Sarah E. Citrin
    Sarah E. Citrin
    Attorneys for Plaintiffs
    Mars, Inc. and Mars Snackfood US, LLC

## ORDER

Pursuant to the Stipulation of the parties, the Court orders that Defendant Wedel Export Associates, Inc. shall have until August 1, 2008, to file its response to Plaintiffs' Complaint in this matter.

IT IS SO ORDERED.

Dated: July 8, 2008

THERESA A. GOLDNER
U.S. Magistrate Judge

-2-