1  Dane H. Butswinkas
   Sarah E. Citrin (Cal. Bar No. 241505)
2  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, N.W.
3  Washington DC 20005
   (202) 434-5000
4  (202) 434-5029 (telecopy)

5  Attorneys for Plaintiffs Mars, Inc.
   and Mars Snackfood US, LLC

6
   Rebecca Mocciaro (Cal. Bar No. 89777)
7  Aurora Basa (Cal. Bar No. 245161)
   FARMER & RIDLEY LLP
8  333 South Hope Street, Suite 3750
   Los Angeles, California 90071-2924
9  (213) 626-0291
   (213) 244-7474 (telecopy)

10 Attorneys for Defendant Wedel Export Associates, Inc.

11

12                    **UNITED STATES DISTRICT COURT**
                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**
13                            **FRESNO DIVISION**

14
   **MARS, INC. AND MARS SNACKFOOD**           Case No. 01:08-cv-00701-AWI-TAG
15 **US, LLC d/b/a MASTERFOODS,**
                                               **STIPULATION AND MOTION FOR**
16                  Plaintiffs,                **ENTRY OF CONSENT JUDGMENT**
          vs.
17                                             **JUDGMENT**
   **WEDEL EXPORT ASSOCIATES, INC.,**
18
                    Defendant.
19

20                              **CONSENT JUDGMENT**

21        Plaintiffs Mars, Inc. and Mars Snackfood US, LLC and Defendant Wedel Export

22 Associates, Inc. (Wedel Export) hereby stipulate and move that this Court should enter a Consent

23 Judgment in favor of Plaintiffs and against Wedel Export, to resolve all matters of dispute between

24 them in this action without trial, as follows:

25        1.    The parties state that the First Amended Complaint in this action was filed and validly

26 served on July 29, 2008, and that Wedel Export's Answer to the First Amended Complaint was filed

27 and validly served on August 11, 2008.

28

2.      The parties consent to the continuing jurisdiction of this Court for purposes of enforcement of this Consent Judgment.  Wedel Export waives any claim that venue or jurisdiction by this Court is improper or inconvenient.

3.      Wedel Export admits liability to Plaintiffs in the amount of $493,965, plus interest of $93,168 through August 29, 2008 (calculated at the statutory rate of 10 percent per annum from the date each payment became due), for a total liability to date of $587,133.  The parties agree that, until the date this Consent Judgment is entered, interest will continue to accrue at a rate of $135 per day.  Thereafter, postjudgment interest will accrue as provided under 28 U.S.C. § 1961.

4.      The parties acknowledge that each of them enters into this Stipulation for their mutual benefit, including to avoid incurring fees and costs.

5.      Wedel Export waives all rights to seek appellate review or otherwise challenge or contest the validity or enforceability of this Consent Judgment, provided however that Wedel Export expressly retains its right to seek the protection of the United States Bankruptcy Court.  Any Bankruptcy Court filing is not a challenge or contest of the validity or enforceability of this Consent Judgment as the parties understand those terms.

AGREED:

August 29, 2008


/s/ Sarah E. Citrin

Sarah E. Citrin
        Cal. Bar No. 241505
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000

*On Behalf of Plaintiffs Mars, Inc.
and Mars Snackfood US, LLC*

STIPULATION AND MOTION FOR ENTRY OF CONSENT JUDGMENT

1

2   /s/Rebecca B.Mocciaro          (as authorized on August 29, 2008)

3   Rebecca B. Mocciaro
            Cal. Bar No. 89777
4   Farmer & Ridley LLP
5   333 South Hope Street, Suite 3750
    Los Angeles, CA  90071
6   (213) 626-0291

7
            - and -
8

9
    _____
10
    Jay Wedel
11  President and Chief Executive Officer
    Wedel Export Associates, Inc.
12  5401 Business Park, Suite 214
13  Bakersfield, CA  93309

14
    *On Behalf of Defendant Wedel Export*
15  *Associates, Inc.*

- 3 -
STIPULATION AND MOTION FOR ENTRY OF CONSENT JUDGMENT

## JUDGMENT

Having duly considered the stipulation of the parties and the proceedings in this action, the Court orders that the Consent Judgment above shall be entered as the final judgment of this Court. There being no just reason for delay, the Clerk of the Court is hereby directed to enter this Judgment pursuant to Rule 54 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

**Dated:**     September 5, 2008                         /s/ **Anthony W. Ishii**
                                                                         CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND MOTION FOR ENTRY OF CONSENT JUDGMENT